UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                  CHAPTER 13
    ANGELA RENEE CARTER       BANKRUPTCY NO. 16-08549

      Debtor

## MOTION TO TERMINATE AUTOMATIC STAY AND ABANDONMENT PURSUANT TO BANKRUPTCY RULE 4001

Comes the movant, Cavalry Spv I, LLC – Assignee of Capital One N.A. , a creditor herein, by counsel, and for its Motion to Terminate Automatic Stay and Abandonment, states as follows:

1. This contested matter relates to Bankruptcy Petition 16-08549 in the Bankruptcy Court of the Southern District of Indiana, Indianapolis Division, which Petition is a Chapter 13 proceeding, with the Debtor(s) being Angela Renee Carter.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, as referred under 28 U.S.C. §157, and it constitutes a "core proceeding" within the meaning of the latter statute.

3. This Motion is made pursuant to Bankruptcy Rule 4001, and in conformity with Rule 9014.

4. The Debtor(s), were at the time of the filing of the Petition, and still are, justly and truly indebted to the movant in the sum of $4,223.65 at 12.99% interest.

5. Specifically, the Debtor(s) are in arrears for the month(s) of November 2016 through December 2018 for a total of $4,223.65.

C19-7017   DMO/ERS

6. The consideration was an obligation for the sum and on the date shown on the Retail Installment Contract attached to movant's Proof of Claim as Exhibit A which Proof of Claim was filed simultaneously with this Motion.

7. No part of said remaining balance of said debt has been paid.

8. There are no setoffs or counterclaims to said debt, and it is free from any charge forbidden by applicable law.

9. Upon counsel's information and belief, pursuant to Exhibit A attached to the Proof of Claim, the movant has a security interest in the 2013 Yamaha XVS650/C V-Star  VIN: JYAVM01E1DA139294. The value of said property is approximately $4,055.00 per NADA retail.

10. Upon information and belief, as shown by Exhibit B to the Proof of Claim, the movant properly perfected its security interest as indicated on the Certificate of Title which has not been terminated and covers the property described above.

11. The Debtor(s) have no equity in said property and it is not necessary to an effective reorganization.

12. Movant is suffering and will continue to suffer irreparable harm from continuation of the 11 U.S.C. §362 automatic stay.

13. The movant is presently stayed from enforcing its security interest, however, by the force and effect of 11 U.S.C. §362.

14. The Trustee should be required to assert any interest it may have in said collateral or be forever barred.

WHEREFORE, movant prays for an Order terminating the §362 Stay and abandoning the collateral notwithstanding BR4001(a) (3), and authorizing the Debtor(s) to surrender possession

of said property to movant, and the automatic stay is further terminated to allow the Creditor to send the Debtor(s) protected by the stay under 11 U.S.C. Sections 1301, any and all notices required by state and/or federal law, regulation or statute, and for the rights of the Trustee in collateral to be barred and asks that any issues relating thereto be adjudicated at the first hearing held on this Motion.

Reimer Law Co.

By: /s/ Dennis M. Ostrowski
Dennis M. Ostrowski (18099-10)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com

## **CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court:

    Office of the U.S. Trustee at (registered address)@usdoj.gov

    John Morgan Hauber on behalf of the Chapter 13 Trustee's office at ecfmail@hauber13.com

    Terry L. English, Esq. on behalf of Angela Renee Carter, Debtor, at terryenglish2131@sbcglobal.net

    And by separate envelope by regular U.S. mail, postage prepaid, to:

    Angela Renee Carter, Debtor
    1332 N. Woodburn Avenue
    Bloomington, IN 47404

Reimer Law Co.


By: /s/ Dennis M. Ostrowski
Dennis M. Ostrowski (18099-10)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com

**UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE:                                    CHAPTER 13
        ANGELA RENEE CARTER       BANKRUPTCY NO. 16-08549

        Debtor

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

        On <u>January 11, 2019,</u> , filed a Combined Motion for Order Granting Relief from Automatic Stay and Abandonment, asking the court to terminate the automatic stay and abandon the 2013 Yamaha XVS650/C V-Star  VIN: JYAVM01E1DA139294 from the estate. In support of the relief requested, the motion states that the secured creditor has a valid lien on the above collateral and wishes to repossess and sell the above collateral because the debtor(s) are in breach of contract and have not made timely payments and the account is in arrears and thus the secured creditor is not adequately protected.  If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

        **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

        If you do not want the court to grant the motion, then within fourteen (14) days from the date this Notice is served, you or your attorney must:

        1.       File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

U. S. Bankruptcy Court
Indianapolis Division
116 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN  46204

If your mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

        2.       You must also mail a copy of your objection to:

Dennis Ostrowski
9300 Shelbyville Rd., Suite 1000
Louisville, KY 40222

Counsel for Movant

John Morgan Hauber
320 North Meridian Street, Suite 200
Indianapolis, IN 46204
Trustee

Terry L. English, Esq.
820 N College Ave
Bloomington, IN 47404
Counsel for Debtor

      If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Date: January 11, 2019

Reimer Law Co.


By: /s/ Dennis M. Ostrowski
Dennis Ostrowski (18099-10)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com

## **CERTIFICATE**

This is to certify that a true and accurate copy of the Notice of Motion and Opportunity to Object was served on all creditors and other parties in interest electronically or by placing a copy in the U.S. Mail on January 11, 2019 at the address listed below or attached hereto:

    Office of the U.S. Trustee at (registered address)@usdoj.gov

    John Morgan Hauber on behalf of the Chapter 13 Trustee's office at ecfmail@hauber13.com

    Terry L. English, Esq. on behalf of Angela Renee Carter, Debtor, at terryenglish2131@sbcglobal.net

    And by separate envelope by regular U.S. mail, postage prepaid, to:

    Angela Renee Carter, Debtor
    1332 N. Woodburn Avenue
    Bloomington, IN 47404Indianapolis

Reimer Law Co.


By: /s/ Dennis M. Ostrowski
Dennis M. Ostrowski (#18099-10)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-638-4961
502-992-1210 – fax
Reimer.ecf@reimerlaw.com

```
Label Matrix for local noticing          AT & T/ Enhanced Recovery               Allied Collection Service
0756-1                                   P.O. Box 1259, Dept. 98696              P.O. Box 670
Case 16-08549-RLM-13                     Oaks, PA 19456-1259                     Columbus, IN 47202-0670
Southern District of Indiana
Indianapolis
Thu Jan 10 08:35:39 EST 2019

American InfoSource LP as agent for      Attorney General of the United States   Bloomington Anesthesiologist
T Mobile/T-Mobile USA Inc                U.S. Department of Justice              P.O. Box 1316
PO Box 248848                            950 Pennsylvania Ave NW                 Evansville, IN 47706-1316
Oklahoma City, OK 73124-8848             Washington, DC 20530-0001


Bloomington Hospital                     Capital One                             Capital One, N.A.
c/o Senex Service Corp.                  P.O. Box 30253                          c/o Becket and Lee LLP
P.O. Box 90199                           Salt Lake City, UT 84130-0253           PO Box 3001
Indianapolis, IN 46290-0199                                                      Malvern PA 19355-0701


Angela Renee Carter                      Cavalry SPV I, LLC                      Cavalry Spv I, LLC
1332 N. Woodburn Avenue                  500 Summit Lake Drive, Ste 400          Bass & Associates, P.C.
Bloomington, IN 47404-3475               Valhalla, NY 10595-2321                 3936 E. Ft. Lowell Road, Suite #200
                                                                                 Tucson, AZ 85712-1083


Chase Auto Finance                       Comenity Capital Bank/Paypal Credit     Terry L English
P.O. Box 901076                          c/o Weinstein & Riley, PS               820 N College Ave
Fort Worth, TX 76101-2076                2001 Western Ave., Ste 400              Bloomington, IN 47404-3592
                                         Seattle, WA 98121-3132


HSBC Bank Nevada                         John Morgan Hauber                      I.U. Health
500 Summit Lake Drive #400               Office of John M. Hauber, Chapter 13 Tru 250 N. Shadeland Avenue
Valhalla, NY 10595-2321                  320 N. Meridian St., Ste. 200           Indianapolis, IN 46219-4959
                                         Indianapolis, IN 46204-1772


IMC CREDIT SERVICES, LLC.                (p)INDIANA DEPARTMENT OF REVENUE        Indiana Department of Revenue
PO BOX 20636                             ATTN BANKRUPTCY                         P.O. Box 0595
INDIANAPOLIS, IN 46220-0636              100 N SENATE AVE                        Indianapolis, IN 46206-0595
                                         INDIANAPOLIS IN 46204-2253


Indiana University Health                Indiana University Health               Indiana University Health System
250 N. Shadeland Avenue                  c/o Harris & Harris                     PO Box 1123
Indianapolis, IN 46219-4959              111 W. Jackson Blvd. S400               Minneapolis, MN 55440-1123
                                         Chicago, IL 60604-3589


Indiana Wesleyn University               (p)INTERNAL REVENUE SERVICE             JPMorgan Chase Bank, N.A.
c/o General Revenue Corp.                CENTRALIZED INSOLVENCY OPERATIONS       P.O. BOX 29505
P.O. Box 495999                          PO BOX 7346                             AZ1-1191
Cincinnati, OH 45249-5999                PHILADELPHIA PA 19101-7346              PHOENIX, AZ 85038-9505


Kohl's                                   Midland Funding LLC                     Monroe Hospital/IMC Credit
P.O. Box 30510                           PO Box 2011                             P.O. Box 20636
Milwaukee, WI 53201                      Warren MI 48090-2011                    Indianapolis, IN 46220-0636
```

| | | |
|---|---|---|
| (p)SENEX SERVICES CORP<br>3333 FOUNDERS ROAD<br>2ND FLOOR<br>INDIANAPOLIS IN 46268-4933 | Southern Indiana Pathologists<br>P.O. Box 3631<br>Evansville, IN 47735-3631 | Southern Indiana Surgery Center<br>2200 Rex Grossman Blvd.<br>Bloomington, IN 47403 |
| Synchrony Bank/ FMS<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | Synchrony Bank/ Lowes<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Amazon.com<br>P.O. Box 965015<br>Orlando, FL 32896-5015 |
| T-Mobile/ Amisler Collection Services<br>4524 Southlake Parkway, Suite 15<br>Birmingham, AL 35244-3271 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 | U.S. Department of Education<br>2401 International Dr.<br>Madison, WI 53704-3121 |
| U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | Unity Physicans/GLA Collections<br>2630 Gleeson Lane<br>Louisville, KY 40299-1772 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Indiana Department of Revenue<br>Bankruptcy Section, Room N-248<br>100 North Senate Avenue<br>Indianapolis, IN 46204 | Internal Revenue Service<br>Philadelphia, PA 19255 | Senex Services Corp<br>3333 Founders Rd. 2nd Fl.<br>Indianapolis, IN 46268 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Synchrony Bank/ FMS Inc.<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | (d)Terry L. English<br>820 N. College Avenue<br>Bloomington, IN 47404-3592 | (d)U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis IN 46204-1986 |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44