# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ANGELA RENEE CARTER |
| **Case Number:** | 16-08549-RLM-13     **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 29, 2019 10:00 AM    IP 329 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** | MICHELLE DOLE |
| **Reporter / ECR:** | MICHELLE DOLE |

### Matter:

Hearing Re:   Response to Objection to Claim # 15 for Cavalry Spv I, LLC, filed by Dennis M Ostrowski on behalf of Creditor Cavalry Spv I, LLC - Assignee of Capital One N.A  [28] [30]

**R / M #:**    0 / 0

### Appearances:

MOLLY MILLER, TRUSTEE
AFTON BROWN, ATTORNEY FOR CAVALRY SPV I, LLC - ASSIGNEE OF CAPITAL

### Proceedings:

Disposition:  Hearing held.  Moot.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**